O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5928 AHM (RZx) | Date | August 12, 2010 |
|---|---|---|---|
| Title | STEVEN OSCHEROWITZ, et al. v. WASHINGTON MUTUAL BANK, FA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On August 10, 2010, Plaintiffs filed their Complaint. Plaintiffs allege no federal question. *See* 28 U.S.C. § 1331. Nor do Plaintiffs allege diversity jurisdiction under 28 U.S.C. § 1332.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Systems, Inc.,* 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392, 107 S.Ct. 2425 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of different States." 28 U.S.C. § 1332(a). A federal court also has jurisdiction over claims "arising under" federal law. 28 U.S.C. § 1331.

In this case, Plaintiffs' complaint fails to allege that (1) they and Defendant are citizens of different states, (2) the amount in controversy is $75,000 or more or (3) the claim arises under federal law. Thus, Plaintiffs' assertions fail to establish subject matter jurisdiction in this Court.

/ / /

/ / /

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5928 AHM (RZx) | Date | August 12, 2010 |
|---|---|---|---|
| Title | STEVEN OSCHEROWITZ, et al. v. WASHINGTON MUTUAL BANK, FA | | |

     Accordingly, and good cause appearing therefor, the Court hereby orders Plaintiffs to SHOW CAUSE on or before September 3, 2010, why this action should not be dismissed for lack of jurisdiction.  Failure to respond on or before that date will be construed as consent to dismissal.

 : 

Initials of Preparer    SMO