O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5928 AHM (RZx) | Date | September 8, 2010 |
|---|---|---|---|
| Title | STEVEN OSCHEROWITZ, et al. v. WASHINGTON MUTUAL BANK, FA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On August 12, 2010, the Court ordered Plaintiffs to show cause on or before September 3, 2010, why this action should not be dismissed for lack of jurisdiction. The Court warned Plaintiffs that, "Failure to respond on or before that date will be construed as consent to dismissal."

Plaintiffs have failed to file a response within the allotted time. Accordingly, good cause appearing therefor, the Court hereby dismisses this action. The clerk is directed to close this file.

:

Initials of Preparer    SMO

**JS-6**